## Case No. 8,226.

### LEITER v. PAYSON.

[The case reported under above title in 9 N. B. R. 205. and 6 Chi. Leg. News, 157, is the same as Case No. 8,227.]